IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PRINCESS CRUISE LINES, LTD. | § § § | |
| Plaintiff, | § § | Civil No.: 4:24-cv-00745 |
| VS<br>WALLTOPIA ADVENTURE USA, LLC,<br>WALLTOPIA AD, and SAFETY<br>ENGINEERING OOD | § § § § § | |
| Defendant. | § § | |

## [PROPOSED] ORDER GRANTING DEFENDANTS WALLTOPIA AD AND SAFETY ENGINEERING OOD'S MOTION TO DISMISS

Before the Court is Defendants Walltopia AD ("AD") and Safety Engineering OOD's ("Safety") (collectively, the "Movants") Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) and Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6) ("Motion"). Having reviewed the Motion, any timely filed responsive pleadings, and applicable law, the Court finds that the Motion should be granted as set forth herein. Accordingly, it is

**ORDERED** that Movants' Motion is **GRANTED** and all Plaintiff's claims asserted against Movants are hereby **DISMISSED** for lack of personal jurisdiction.

[Alternatively]

**ORDERED** that Movants' Motion is **GRANTED IN PART** and Plaintiff's claims against Walltopia AD and Safety Engineering OOD for fraudulent inducement and fraud are hereby **DISMISSED** with prejudice.